```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :
                         :
                         :
v.                       :    Crim. No. 3:01CR221(SRU)
                         :
                         :    June 14, 2005
RONDELL WELLS            :
```

**<u>GOVERNMENT'S MOTION TO REVOKE SUPERVISED RELEASE</u>**

On September 19, 2001, a federal grand jury sitting in Bridgeport, Connecticut, returned a one-count Indictment against Rondell Wells (the "defendant") charging him with knowingly possessing a Rossi .357 Magnum revolver in violation of 18 U.S.C. § 922(g)(1).

On March 28, 2002, the defendant pleaded guilty to possession of that firearm after having been convicted twice in state court for the selling crack cocaine. On January 7, 2003, the Court sentenced the defendant to a term of imprisonment of forty-two months and three years of supervised release. The defendant commenced supervision on March 18, 2005.

On April 28, 2005, narcotics officers of the Bridgeport Police Department arrested the defendant at the PT Barnum Housing Project for selling narcotics. During a search of the defendant after arrest, officers discovered heroin, crack cocaine, and marijuana packaged for sale secreted underneath the defendant's testicles. The officers also discovered that the defendant

possessed $383.  A copy of the police incident report is attached.

On the same day, the defendant tested positive for heroin and admitted to an United States Probation Officer that he used heroin and marijuana during the previous month.

On May 4, 2005, the defendant began a thirty-day inpatient treatment program, which concluded on approximately June 3, 2005.  On June 6, 2005, the defendant again tested positive for heroin and marijuana.  On June 14, 2005, the defendant tested positive for a third time for heroin.

In light of the defendant's possession of heroin, crack cocaine, and marijuana on April 28, 2005 and his three positive tests for heroin since April 28, 2005, the Government respectfully requests that the District Court revoke his supervised release and sentence him to an additional period of incarceration.  See 18 U.S.C. § 3583(g)(1) & (4) (requiring district court to revoke supervised release term and impose sentence of imprisonment subject to exceptions outlined in subsection (d) where defendant possessed controlled substances or tested positive for illegal controlled substances more than 3 times during one year period).

The defendant previously was represented by Assistant Federal Public Defender Roger Sigal.  Mr. Sigal is no longer employed by that office.  The Government thus respectfully

requests that the Court appoint counsel for the defendant.

                                  Respectfully submitted,

                                  KEVIN J. O'CONNOR
                                UNITED STATES ATTORNEY

                                JAMES J. FINNERTY
                                ASSISTANT UNITED STATES ATTORNEY
                                United States Attorney's Office
                                United States Courthouse
                                915 Lafayette Boulevard
                                Bridgeport, CT 06604
                                Tel: (203) 696-3000
                                Federal Bar No. CT15203

## **CERTIFICATE OF SERVICE**

     A true and correct copy of the foregoing was forwarded on this 14th day of June 2005 via facsimile and United States Mail, First Class, postage prepaid to:

Office of the Federal Public Defender
Suite 300
2 Whitney Avenue
New Haven, Connecticut 06510

Jane Cafone
United States Probation Officer
United States Probation Office
 for the District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

                                JAMES J. FINNERTY
                                ASSISTANT UNITED STATES ATTORNEY